IN RE HOUSE OF RAEFORD FARMS v. BROOKS

No. 408P83.

Case below: 63 N.C. App. 106.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 January 1984. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 10 January 1984.

IN THE MATTER OF SELLERS v. NATIONAL SPINNING CO.

No. 574P83.

Case below: 64 N.C. App. 567.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 January 1984.

JONES v. GWYNNE

No. 531A83.

Case below: 64 N.C. App. 51.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 10 January 1984.

KIRKS v. KIRKS

No. 521P83.

Case below: 64 N.C. App. 620.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 January 1984.

LADD v. ESTATE OF KELLENBERGER

No. 572PA83.

Case below: 64 N.C. App. 471.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 10 January 1984.